No. 92–1410. BRESS, EXECUTIVE DIRECTOR, NEW YORK GOVERNOR'S OFFICE OF EMPLOYEE RELATIONS, ET AL. *v.* CONDELL. C. A. 2d Cir. Certiorari denied. 

No. 92–1413. WALGREEN CO. ET AL. *v.* OINESS ET AL. C. A. Fed. Cir. Certiorari denied. 

No. 92–1414. TJOSSEM ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. 

No. 92–1418. SANDPIPER MOBILE VILLAGE *v.* CITY OF CARPINTERIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. 

No. 92–1419. RETSOS *v.* VICTOR. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 92–1420. LINDER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 92–1422. MEEKER *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–1423. LASITER *v.* GROW ET AL. Ct. App. Ind. Certiorari denied. 

No. 92–1426. TATE ET AL. *v.* COLE ET AL. C. A. 9th Cir. Certiorari denied. 

No. 92–1431. MATHEWS ET AL. *v.* HARRIS METHODIST, FORT WORTH, TEXAS, ET AL. Ct. App. Tex., 2d Dist. Certiorari denied. 

No. 92–1439. LAYTON *v.* GARRARD COUNTY FISCAL COURT ET AL. Ct. App. Ky. Certiorari denied. 

No. 92–1462. SEE YEE KO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 92–1475. I. M. T. C., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.